IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| THOMAS SCHORGL | ) | |
|     Plaintiff (s) | ) | |
| vs. | ) | Civil No. 04-1001-CV-W-DW |
| | ) | |
| JO ANNE BARNHART, | ) | |
| Commissioner of Social Security | ) | |
|     Defendant (s) | ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    **ORDERED THAT**: The Commissioner's decision denying Plaintiff's disability benefits is **AFFIRMED.**

    PATRICIA L. BRUNE, CLERK

Date: March 28, 2006      By: /s/ Y. Johnson
    Deputy Clerk